# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kerry Adam Shine Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00306-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Police Department | ) | |
| Christopher Miranda | | |
| Christopher Greene | | |
| Luke Amos | | |
| Joshua Baswell, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2018 Order.

November 5, 2018

_____
Frank G. Johns, Clerk
United States District Court